COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00395-CV |
| ENVY BLOCKCHAIN, INC., NV LANDCO 1 LLC, and STEPHEN DECANI, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable John L. Pool, Judge of the 109th Judicial District Court of Crane County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 4TH DAY OF DECEMBER 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.